IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | * | |
| PAUL EDWARD DRONSFIELD and | * | CHAPTER 13 |
| ROSALYN TIMBLIN DRONSFIELD, | * | |
| Debtors | * | |
| | * | CASE NO. 1:97-bk-00903MDF |
| PAUL EDWARD DRONSFIELD and | * | |
| ROSALYN TIMBLIN DRONSFIELD, | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | ADV. NO. 1:09-ap-00435MDF |
| | * | |
| THOMAS J. McGARRITY and | * | |
| SUSAN J. McGARRITY, | * | |
| Defendants | * | |

## ORDER GRANTING DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT

Upon consideration of the Plaintiffs' Motion for Summary Judgment and Defendants' Cross Motion for Summary Judgment, it is hereby ORDERED that:

(1) Plaintiffs' Motion for Summary Judgment is DENIED;

(2) Defendants' Cross Motion for Summary Judgment is GRANTED;

(3) The Clerk's Office is directed to ENTER final judgment in favor of Defendants in the adversary proceeding and to schedule a hearing on Debtors' Motion to Avoid Lien of Respondent under Section 522(f) of the Bankruptcy Code (Docket # 54) and Respondents' Answer thereto (Docket # 70) filed in the bankruptcy case.

By the Court,

_Mary D. France_
Chief Bankruptcy Judge

Date: September 14, 2010